LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eugene Cunningham | ) Case No: 00cr218-008 |
| | ) USM No: 3 |
| Date of Previous Judgment: 06/20/2001 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  110 months (Count 1)  ~~months~~ **is reduced to**  105 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  27        Amended Offense Level:  25
Criminal History Category:  IV     Criminal History Category:  IV
Previous Guideline Range:  100 to 125 months    Amended Guideline Range:  84 to 105 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

This sentence reduction applies to Count 1.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  06/20/2001  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/12/2008

*[signature: Martin L.C. Feldman]*
Judge's signature

Effective Date:  03/24/2008
(if different from order date)

Martin L.C. Feldman, United States District Judge
Printed name and title